| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | MATHEW W. PILE, WSBA No. 32245. |
| | Associate General Counsel |
| 3 | Office of Program Litigation, Office 7 |
| 4 | Social Security Administration |
| | MARCELO ILLARMO (MABN 670079) |
| 5 | Special Assistant United States Attorney |
| |     Office of the General Counsel |
| 6 |     Social Security Administration |
| 7 |     6401 Security Boulevard |
| |     Baltimore, Maryland 21235 |
| 8 |     Telephone: (510) 970-4822 |
| |     E-Mail: Marcelo.Illarmo@ssa.gov |
| 9 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE PATTERSON,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:23-cv-00635-AC<br><br>STIPULATION FOR EXTENSION TO RESPOND TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from August 10, 2023 to September 11, 2023. Defendant respectfully requests this additional time because undersigned counsel has a larger than normal workload, including nine district court briefs due between August 7 and August 14, 2023.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before September 11, 2023;

- Plaintiff's optional reply will be due within 20 days of the filing of Defendant's brief (on or before October 2, 2023).

Respectfully submitted,

DATE: August 2, 2023

*/s/ Francesco Paulo Benavides*  *
FRANCESCO PAULO BENAVIDES
Attorney for Plaintiff
(* approved via email on 8/2/23)

PHILLIP A. TALBERT
United States Attorney

DATE: August 2, 2023   By   *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: August 3, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE